Brigid M. Carpenter (TN BPR No. 18134) *Pro Hac Vice*
Ryan P. Loofbourrow (TN BPR No. 33414) *Pro Hac Vice*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700
Facsimile: (415) 766-4255

Attorneys for Movant
CHUBB INSURANCE AUSTRALIA
LIMITED A/S/O GRILL'D PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUBB INSURANCE AUSTRALIA LIMITED a/s/o GRILL'D PTY LTD,<br><br>Movant,<br><br>v.<br><br>IMPOSSIBLE FOODS INC.,<br><br>Respondent. | Case No. 3:24-mc-80313-AGT<br><br>**CHUBB INSURANCE AUSTRALIA LIMITED A/S/O GRILL'D PTY LTD.'S NOTICE OF COMPLIANCE WITH ORDER ON APPLICATION FOR AN ORDER TO SHOW CAUSE AND REQUEST TO DISMISS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Movant Chubb Insurance Australia Limited a/s/o Grill'd Pty Ltd. (herein "Grill'd Pty") notifies the Court that, in accordance with its January 9, 2025 Order on Application for an Order to Show Cause (ECF 10), counsel for Grill'd Pty sent a copy of the Court's Order to Rhea Rampel at Impossible Foods on January 10, 2025. Ms. Rampel responded the same day, confirming receipt and sending a declaration that Impossible Foods has searched for all documents responding to the subpoena, and all have been produced.

Therefore, Grill'd Pty's subpoena has been fully responded to, and the Motion for an Order to Show Cause may be dismissed as moot.

DATED: January 13, 2025        BLAXTER | BLACKMAN LLP

By:   /s/ David P. Adams
J.T. WELLS BLAXTER
BRIAN R. BLACKMAN
DAVID P. ADAMS
Attorneys for Movant
**CHUBB INSURANCE AUSTRALIA LIMITED A/S/O GRILL'D PTY LTD.**